IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ohio CVS Stores, LLC,

       Plaintiff,

                            Case Number: 1:24-cv-49

   v.                         Judge Jeffery P. Hopkins

Philip Kassover, et al.,

       Defendants.

ENTRY OF DEFAULT

It appears that defendant, Phillip Kassover, is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against the defendants this 12th day of April, 2024.

RICHARD W. NAGEL, CLERK

s/ Z. Cothran
Deputy Clerk