## UNITED STATES DISTRICT COURT
## SOUTHERN DIVISION OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| OHIO CVS STORES, L.L.C., | ) | CASE NO. 1:24-CV-00049 |
| | ) | |
| Plaintiff, | ) | HON. MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | **JOINT MOTION FOR AMENDED** |
| | ) | **SCHEDULING ORDER** |
| PHILIP KASSOVER, ALLERAND | ) | |
| REALTY HOLDINGS, LLC, SCP 2001A- | ) | |
| CSF-51 LLC, RICHARD J. SABELLA, GCC | ) | |
| REALTY COMPANY, LLC, GCC | ) | |
| CINCINNATI, LLC, and ACLCP | ) | |
| CINCINNATI, LLC, | ) | |
| | ) | |
| Defendants. | | |

Defendants GCC Realty Company, LLC, for itself and as successor-by-merger for GCC Cincinnati, LLC; Allerand Realty Holdings, LLC; ACLCP Cincinnati, LLC, for itself and as successor-by-merger for SCP 2001A-CSF-51, LLC; and Richard J. Sabella (collectively the "ACLCP Defendants"), Plaintiff Ohio CVS Stores, L.L.C. ("Plaintiff"), Defendant Philip Kassover ("Defendant Kassover"), and Intervening Defendants Cincinnati Remainderco, LLC and the Paula and Jerry Gottesman Family Supporting Foundation, Inc., (collectively the "Parties"), hereby move to amend the current scheduling order entered by this Court on August 26, 2025.

The Parties ask that the following dates be extended sixty (60) days:

- Deadline for discovery currently scheduled for February 27, 2026 be extended to April 28, 2026;

- Deadline for primary expert report(s) and designation(s) currently scheduled for February 27, 2026 be extended to April 28, 2026;

- Deadline for rebuttal expert report(s) and designation(s) currently scheduled for March 27, 2026 be extended to May 26, 2026; and

- Deadline for dispositive motions currently scheduled for April 10, 2026 be extended to June 9, 2026.

Respectfully submitted,

*/s/ Aanchal Sharma*
Aanchal Sharma (OH Bar #0086334)
Jenna R. Bird (OH Bar #0101434)
Schneider Smeltz Spieth Bell LLP
1375 E. Ninth St., Ste. 900
Cleveland OH 44114
(216) 696-4200
(216) 696-7303 (fax)
asharma@mysblaw.com
jbird@mysblaw.com

Perrin Rynders (MI Bar #P38221)
Neil Youngdahl (MI Bar #P82452)
Varnum LLP
333 Bridge St. NW, Ste. 1700
Grand Rapids MI 49504
(616) 336-6000
(616) 336-7000 (fax)
prynders@varnumlaw.com
neyoungdahl@varnumlaw.com
*Co-Counsel for ACLCP Defendants*

`

## CERTIFICATE OF SERVICE

The foregoing has been electronically filed this 22nd day of December 2025, and notice of said filing will be served upon all counsel of record through the Court's ECF system. Further, the filing was served via U.S. mail and email on the following:

Philip Kassover
5 Shore Drive
Kings Point, New York 11024
Email: philip.kassover@gmail.com